# Court of Appeals
# of the State of Georgia

ATLANTA,___May 19, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1471. JODY L. JACKSON v. DEKALB MEDICAL CENTER.

Prison inmate Jody Jackson filed this direct appeal from the state court's November 9, 2015 order dismissing his pro se civil complaint for medical malpractice based on Jackson's failure to include an expert affidavit. We lack jurisdiction for two reasons.

First, because Jackson was incarcerated when he filed the complaint in this case, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12- 1 et seq. OCGA § 42-12-8 requires that an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Jackson's failure to file an application for discretionary appeal in this case deprives this Court of jurisdiction over this direct appeal. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).

Second, even if Jackson had a right of direct appeal here, this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Jackson filed his notice of appeal on December 15, 2015, 36 days after entry of the trial court orders he seeks to appeal. Although he filed a motion for reconsideration, a trial court's denial of such a motion is not subject to direct appeal, and the filing of such a motion does not extend the time for appealing the underlying judgment. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).

For the above reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  05/19/2016
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

     *Stephen E. Castlen*
_____ *, Clerk.*